IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YAMAN F. TAYLOR, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   CIVIL ACTION FILE |
| CABELA'S LLC | )   NO.: 1:20-CV-5147-AT ) ) |
|     Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW plaintiff Yaman F. Taylor and defendant Cabela's LLC and hereby stipulate and agree that this action and the complaint shall be and are dismissed in their entirety WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1). The parties further stipulate and agree that plaintiff and defendant shall bear all of their own attorneys' fees and costs with respect to this action and said dismissal.

_____
Yaman F. Taylor
Plaintiff, pro se

Entered as dismissed pursuant to
Rule 41(a)(1)(ii), F.R.C.P.
JAMES N. HATTEN, Clerk
By:  s/R. Bryant
Deputy Clerk
Date:  02/17/2021

- 2 -

                                    /s/ *Brian R. Dempsey*
                                    Brian R. Dempsey
                                    Georgia Bar No. 217596
                                    brian.dempsey@carmitch.com

CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, GA 30518
(770) 932-3552 (telephone)
(770) 932-6348 (facsimile)

                                    Attorneys for Defendant

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed to:

> Yaman F. Taylor.
> 7515 Garnet Dr
> Jonesboro, GA 30236
> tayloryaman12@outlook.com

This 16th day of February, 2021.

>                     */s/ Brian R. Dempsey*
>                     Brian R. Dempsey
>                     Georgia Bar No. 217596